IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER WILLIAMS, | No. C 19-0041 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; SCOTT KERNAN; W. SULLIVAN; J. WOODS, | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Tehachapi State Prison and at the California Department of Corrections ("CDCR") in Sacramento, California, both of which are located within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside in Tehachapi and Sacramento as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: February 21, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE