UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 1:19-cv-00250-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO EITHER:**<br><br>**(1) SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>        **OR**<br><br>**(2)   PAY $400.00 FILING FEE**<br><br>**TWENTY-DAY DEADLINE** |

      Sylester Williams ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 3, 2019. (ECF No. 1.) On February 6, 2019, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF No. 8.)

      Plaintiff's application to proceed *in forma pauperis* is not completed. Plaintiff did not respond to the parts of Question number 3 which ask, "Have you received any money from the following sources over the last twelve months: a. Business, profession, or other self-employment, b. Rent payments, interest or dividends, c. Pensions, annuities or life insurance payments, d. Disability or workers compensation payments, e. Gifts or inheritances?" (ECF

1

No. 8 ¶ 3-4.) Depending on Plaintiff's responses to the parts of the question, Question 3 also requires additional information: "If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive?" (Id.)

Without knowing Plaintiff's present financial status, the court cannot consider the application. Therefore, Plaintiff shall be required to submit a new, completed application to proceed *in forma pauperis*, providing all of the information requested on the application, or pay the $400.00 filing fee for this action, within twenty days.

Accordingly, IT IS HEREBY ORDERED that **within twenty (20) days** of the date of service of this order, Plaintiff shall either:

1. Submit the attached application to proceed *in forma pauperis*, completed and signed; or
2. Pay the $400.00 filing fee for this action; and
3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **February 27, 2019**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE