# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 1:19-cv-00250-LJO-GSA-PC<br><br>ORDER RESOLVING PLAINTIFF'S MOTION TO AMEND<br>(ECF No. 22.)<br><br>ORDER INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE<br><br>ORDER DEEMING FIRST AMENDED COMPLAINT PROPERLY FILED ON MARCH 22, 2019<br>(ECF No. 23.) |

## I. BACKGROUND

Sylester Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 3, 2019, at the United States District Court for the Northern District of California. (ECF No. 1.) On February 21, 2019, the case was transferred to this court. (ECF No. 12.)

On March 22, 2019, Plaintiff filed a motion to amend the Complaint accompanied with a First Amended Complaint. (ECF Nos. 22, 23.)

1

## II. MOTION TO AMEND – FED. R. CIV. P. 15(a)

Plaintiff requests to "amend the Complaint to drop several defendants." (ECF No. 22.) Plaintiff is informed that he may file an amended complaint at this stage of the proceedings without leave of court. Under Rule 15(a) of the Federal Rule of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Here, because Plaintiff has not previously amended the Complaint and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course. Therefore, Plaintiff's motion to amend is resolved, and the court shall deem Plaintiff's First Amended Complaint properly filed on March 22, 2019.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend, filed on March 22, 2019, is RESOLVED;
2. Plaintiff's First Amended Complaint is deemed properly filed on March 22, 2019; and
3. Plaintiff's First Amended Complaint shall be screened in due course.

IT IS SO ORDERED.

Dated: **March 25, 2019**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE