UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>          Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants. | 1:19-cv-00250-LJO-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S UNSIGNED DECLARATION AND ITS EXHIBITS**<br>**(ECF No. 26.)** |

## I. BACKGROUND

Sylester Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 3, 2019, at the United States District Court for the Northern District of California. (ECF No. 1.) On February 21, 2019, the case was transferred to this court. (ECF No. 12.) On March 22, 2019, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 23.)

## II. UNSIGNED DECLARATION

On May 28, 2019, Plaintiff filed a declaration with exhibits attached, which he titled "Ex-parte Application and Supplemental Complaint." (ECF No. 26.) Plaintiff's declaration is not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's unsigned declaration and its exhibits shall be stricken from the record.

1

## III. LEAVE TO AMEND OR TO FILE A SUPPLEMENTAL COMPLAINT -- RULE 15

It appears that Plaintiff seeks to file a supplemental complaint or add information to his First Amended Complaint. At this stage of the proceedings, Plaintiff requires leave of court to file an amended complaint or a supplemental complaint. Fed. R. Civ. P. 15(a), 15(d). Plaintiff must first file a motion requesting leave to amend or leave to file a supplemental complaint, explaining why another complaint is needed and what he plans to include in the new complaint. Plaintiff must also submit a copy of the proposed amended complaint or supplemental complaint, complete in itself, for the court's review.

Plaintiff may not add information or exhibits to the First Amended Complaint by submitting them piecemeal after the First Amended Complaint has been filed. To add information or correct an error in the amended complaint, Plaintiff must file a new amended complaint which is complete within itself.

Local Rule 220 provides, in part:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

## IV. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's unsigned declaration and its exhibits, filed on May 28, 2019, are STRICKEN from the record for Plaintiff's lack of signature.

IT IS SO ORDERED.

Dated: **June 10, 2019**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE