UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 1:19-cv-00250-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RETURN OF $10.00, WITHOUT PREJUDICE**<br>**(ECF No. 45.)** |

      Sylester Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on January 3, 2019, at the United States District Court for the Northern District of California. (ECF No. 1.) On February 21, 2019, the case was transferred to this court. (ECF No. 12.) The case is presently in the screening stage. 28 U.S.C. § 1915A.

      On February 12, 2020, Plaintiff filed a request for return of $10.00 of the monthly amount taken from his prison trust account for payment of his filing fee. (ECF No. 45.) Plaintiff asserts that Mule Creek State Prison, where he is incarcerated, sent a check for $46.00 to the court for his monthly payment of the filing fee for this case, but the prison was only supposed to send $36.00 to the court, with $10.00 left for Plaintiff. Plaintiff requests the court to reimburse him for the $10.00 that should not have been taken from his trust account.

1

Section 1915(b) of the PLRA provides:

**(1)** "[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—

   **(A)** the average monthly deposits to the prisoner's account; or

   **(B)** the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

**(2)** After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915.

Plaintiff claims that during the past six months, he has always received $10.00 back, no matter what, but he did not receive $10.00 back on November 1, 2019. Plaintiff notes that he has attached a copy of the trust withdrawal statement for the court's review, but the court did not receive any attachment. Without evidence of the transaction the court cannot determine whether an overpayment was made. Therefore, Plaintiff's request shall be denied, without prejudice to renewal of the request with the trust withdrawal statement attached.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reimbursement of $10.00 paid for his filing fees, filed on February 12, 2020, is DENIED, without prejudice.

IT IS SO ORDERED.

   Dated:   **February 18, 2020**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2